**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DAVID DEBOARD, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:13-cv-470-WTL-TAB |
| | ) |
| **RAINTREE INN OF HENRY COUNTY,** | ) |
| **INDIANA, LLC,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This case is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

SO ORDERED: 5/4/15

                                                Hon. William T. Lawrence, Judge
                                                United States District Court
                                                Southern District of Indiana

Laura Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Copy to counsel of record via electronic notification